UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| | : | |
| v. | : | |
| | : | |
| **ANGELA L. WATKINS** | : | **VIOLATION: 18 U.S.C. § 641** |
| | : | **(Theft of Government Property)** |
| **Defendant.** | : | |

INFORMATION

The United States Attorney charges:

COUNT ONE

At times material to this Information:

1. Angela L. Watkins ("WATKINS") was a Financial Management Analyst employed by the United States Secret Service ("USSS"). She worked in the Confidential Informant Division ("CID"), and since April 2004, WATKINS administered the CID confidential fund. The confidential fund was used, inter alia, to fund undercover operations and pay confidential informants.

MONEY BELONGING TO THE UNITED STATES

2. On multiple occasions during 2005 and 2006, WATKINS appropriated money from the confidential fund that was property of the USSS. On each of these occasions, WATKINS either withdrew money from the confidential fund or appropriated cash that should have been deposited in the confidential fund, and deposited the money into a personal account in her name at the National Science Foundation Credit Union (NSFCU) located at 950 H Street, N.W., in Washington, D.C. The total amount of funds misappropriated by WATKINS exceeds $40,000.

3. During an investigation into this matter, WATKINS provided a statement in which she admitted depositing funds belonging to the USSS confidential fund in her personal account at the National Science Foundation Credit Union located at 950 H Street, N.W., in Washington, D.C. WATKINS stated that the money was used to pay household expenses. WATKINS further stated that she took full responsibility for her misuse of government funds.

### FRAUDULENT APPROPRIATION FOR HER OWN OR OTHERS' USE

5. Between January 2004 and January 2007, WATKINS appropriated at least $40,000 belonging the United States for her benefit and for the benefit of family members. WATKINS used the embezzled money to pay her personal expenses, including her rent, cable television bill, and other household expenses.

### ACTING KNOWINGLY AND WILLINGLY TO DEPRIVE GOVERNMENT OF MONEY

6. Between on or about January 2004 and on or about January 2007, WATKINS acted knowingly and willingly with the intent to deprive the government of money. For example, on January 6, 2006, $4,000 in cash from the confidential fund was given to a USSS Special Agent. That Special Agent did not utilize the cash and instead returned it WATKINS. WATKINS did not deposit the $4,000 in the confidential fund as she was obligated to do. Instead, she appropriated the $4,000 for her own use and benefit. Similarly, on March 23, 2006, $3,000 in cash from the confidential fund was given to another USSS Special Agent. That Special Agent did not utilize most of that cash and returned $2,577 to Ms. Watkins. Ms. Watkins did not return

the $2,577 to the confidential fund as she was obligated to do, and instead appropriated it for her own use and benefit.

**(Embezzlement of Government Money,
in violation of Title 18 United States Code, Section 641).**

<pre>
                        JEFFREY A. TAYLOR
                        United States Attorney for the
                        District of Columbia


              By:       _____
                        GLEN DONATH
                        Assistant United States Attorney
                        Fraud & Public Corruption Section
                        555 4th Street, NW
                        Washington, D.C. 20530
                        (202) 514-9555
</pre>