AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

CASE NUMBER: 07-174

I, Angela Watkins, the above named defendant, who is accused of

Theft of government property
(18 U.S.C Section 641)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-27-07 prosecution by indictment and consent that the
                           Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Paul_____
        Judicial Officer