**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
**UNITED STATES,**                          )
                                            )
            v.                              )   Case No. 07-cr-174 (PLF)
                                            )   Judge P. Friedman
**ANGELA L. WATKINS,**                      )
_____)

## MOTION TO WITHDRAW APPEARANCE

COMES NOW Defendant's counsel, Melvin L. Otey, Esq., pursuant to Local Criminal Rule 44.5(d) and moves this honorable Court for an order withdrawing his appearance as counsel for the Defendant, Angela L. Watkins. Counsel has accepted a position with the United States Department of Justice and is leaving the private practice of law forthwith.

Defendant's counsel certifies that Defendant Angela L. Watkins' last known address is 5229 Kansas Ave., NW, Washington, DC 20011 and that one copy of the Motion to Withdraw Appearance was served by First-Class US Mail, postage prepaid to Defendant at the same address on July 31, 2007. Defendant's counsel further certifies that on July 24, 2007, Defendant was verbally advised of counsel's intention to file the instant motion to withdraw and was advised in writing to (1) have her new counsel to enter his or her appearance or (2) notify the Clerk of Court in writing of her intention to represent himself.

Defendant's counsel further certifies that he has spoken with representatives of the Federal Public Defender for the District of Columbia in an effort to facilitate that organization representing Defendant prior to and at sentencing. While Defendant was not eligible to have a public defender when she applied some months ago, her financial status has changed materially and it is likely that she will qualify now.

**WHEREFORE**, undersigned counsel prays (1) that this Motion to Withdraw be granted; (2) that the Court strike the appearance of the undersigned counsel as attorney for the Defendant in the above-captioned matter; and, (3) for such further relief as to the nature of this cause may require.

Respectfully submitted,

\_\_\_/s/_____
Melvin L. Otey, Esq.
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Ave., NW Suite 200
Washington, DC 20010
(202) 882-0050 FAX
(202) 882-0022

**Attorney for Defendant**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| v. ) | **Case No. 07-cr-174 (PLF)** |
| ) | **Judge P. Friedman** |
| **ANGELA L. WATKINS,** ) | |

## ORDER

Upon consideration of Defendant Counsel's Motion to Withdraw Appearance, there being no opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED,** said motion is hereby **GRANTED.**

_____
Paul L. Friedman
United States District Court Judge