UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-174 (PLF) |
| | : | |
| v. | : | |
| | : | |
| ANGELA WATKINS, | : | |
| Defendant. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Ellen Chubin Epstein at (202) 514-9832. Ellen Chubin Epstein will substitute for Assistant United States Attorney Glen Donath as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
ELLEN CHUBIN EPSTEIN, DC Bar #442861
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, NW, Room 5255
Washington, DC 20530
(202) 514-9832