UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 07-174 (PLF)** |
| | : | |
| **ANGELA WATKINS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT CONSENT MOTION TO ENLARGE TIME
WITHIN WHICH TO FILE SENTENCING MEMORANDA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Angela Watkins hereby move the Court to enlarge the time within which to file the parties' respective memoranda in aid of sentencing. In support thereof, the parties state the following:

1. The defendant entered a guilty plea in this matter on July 27, 2007. Sentencing was delayed due to the withdrawal of the defendant's attorney and substitution of new counsel.

2. On August 8, 2007, the Court set November 15, 2007, as the date for sentencing. The U.S. Probation Office is preparing a presentence investigation report for the defendant, which will be ready on October 8, 2007, according to the report writer.

3. In its Scheduling Order entered July 30, 2007, the Court "ORDERED that any party wishing to file a memorandum in aid of sentencing shall do so on or before October 5, 2007; and that any response to such a memorandum shall be filed on or before October 10, 2007." Under the Court's current scheduling order, sentencing memoranda would be due before completion of the presentence investigation report.

4.      The parties propose enlarging the briefing schedule so that sentencing memoranda would be due to be filed on or before November 5, 2007, with response (if any) due on or before November 10, 2007. This would allow the Court the same amount of time to consider the sentencing pleadings that the Court would have had with the former sentencing date and would also provide the parties the opportunity to review the presentence investigation report before filing their sentencing memoranda.

WHEREFORE, the parties request that the Court enter the attached order which modifies the briefing schedule in this matter.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

By: _____
        ELLEN CHUBIN EPSTEIN, DC Bar #442861
        ASSISTANT UNITED STATES ATTORNEY
        555 Fourth Street, N.W., Room 5255
        Washington, D.C. 20530
        (202) 514-9832

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| v. | : | **Criminal No. 07-174 (PLF)** |
| | : | |
| | : | |
| **ANGELA WATKINS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

Upon consideration of the Joint Consent Motion to Enlarge Time Within Which to File Sentencing Memoranda, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than November 5, 2007, with responses (if any) due no later than November 10, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____
DATE

cc: Ellen Chubin Epstein,
    Assistant U.S. Attorney

    Michelle M. Peterson, Esq.
    (Attorney for Angela Watkins)