UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. CR-07-174-01 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **ANGELA L. WATKINS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Ronald W. Sharpe, D.C. Bar Number 434575, telephone number (202) 353-9460. Ronald W. Sharpe will substitute for Assistant United States Attorney Ellen Chubin- Epstein as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Ronald W. Sharpe
Assistant United States Attorney
Fraud and Public Corruption Section
D.C. Bar No. 434575
555 4th Street, N.W., Room 5828
Washington, DC 20530
(202) 353-9460