UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No.: CR-07-174-01 (PLF) |
| v. | : |
| ANGELA L. WATKINS, | : |
| Defendant | : |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits in the above-referenced matter this memorandum in aid of sentencing of defendant Angela L. Watkins. As will be discussed below in more detail, the government: (1) moves for a two-level decrease in defendant's offense level because defendant appropriately accepted responsibility; (2) requests that defendant be sentenced at the lower end of the sentencing Guideline range as determined in the Presentence Investigation Report prepared on October 8, 2007 ("PSR"); and, (3) requests that the Court order defendant to pay restitution of $40,000.

### I. FACTUAL BACKGROUND

As agreed to by defendant Angela L. Watkins in the Statement of Offense and set forth in the PSR, at pages 3-4, on multiple occasions during 2005 and 2006, defendant took confidential funds amounting to $40,000 that were the property of the United States Secret Service (USSS) and used those funds for her personal use and benefit. On July 27, 2007, defendant pled guilty before this Court to a one count Information charging Theft of Government Property in violation of 18 U.S.C. § 641 in connection with her role in the aforementioned theft of USSS funds.

## II. UNITED STATES SENTENCING GUIDELINES

The United States Sentencing Guidelines, § 3E1.1, provides for a two-level decrease in a defendant's offense level for acceptance of responsibility, and, upon motion of the government, for a defendant whose level is 16 or greater and who has in a timely manner advised the government of the defendant's intent to plead guilty, an additional one-level decrease. Defendant meets the criteria for a two-level decrease and the government hereby moves that the Court grant him a two-level decrease in her offense level for acceptance of responsibility.

The probation officer believes, and the United States concurs, that defendant's total offense level, incorporating the two-level decrease for acceptance of responsibility, is 10, her criminal history is I, and her guideline range for imprisonment is six to 12 months. PSR, at pages 4-5, ¶¶ 11-24, and page 9, ¶ 46. According to the PSR, defendant falls within Zone B of the Sentencing Table, which specifies that defendant is eligible for not less than one nor more than five years probation. Id., at page 10, ¶ 53.

## III. RECOMMENDATIONS

Defendant Angela L. Watkins pled guilty to one count of Theft of Government Property for stealing $40,000 in confidential funds that were the property of the United States Secret Service. To execute the fraud, defendant either withdrew money from the confidential fund or appropriated cash that should have been deposited in the confidential fund and deposited the money into a personal account in her name. Defendant subsequently used the misappropriated funds for personal benefit expenses. This criminal behavior, with its resulting harm to the USSS was serious conduct that needs to be adequately punished.

In this case, the government is requesting that the Court grant defendant a two-level decrease for acceptance of responsibility and order that defendant pay restitution in the amount equal to amount of funds she took from the USSS. As discussed above, the resulting offense level is 10. With a criminal history category of I, defendant falls within the Guideline sentencing range of 6-12 months. The government further requests that the Court impose a sentence at the lower end of this sentencing range.

### IV.  CONCLUSION

WHEREFORE, the government respectfully requests that the Court grant defendant a two-level decrease for acceptance of responsibility, impose a sentence at the lower end of the applicable Guideline sentencing range and order defendant to pay restitution in the amount of $40,000.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
RONALD W. SHARPE
Assistant United States Attorney
Fraud and Public Corruption Section
D.C. Bar No. 434575
555 4th Street, N.W., Room 5828
Washington, D.C.  20530
(202) 353-9460
ronald.sharpe@usdoj.gov