**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 07-174 (PLF)** |
| | ) | |
| **ANGELA WATKINS** | ) | |
| _____ | ) | |

### DEFENDANT'S MEMORANDUM  IN AID OF SENTENCING

Ms. Watkins respectfully requests that the Court exercise its discretion under the advisory

sentencing guidelines to sentence her to a period of probation with community service, a

sentence that is within the guidelines.  Attached to this pleading is a note for the Court from Ms.

Watkins' husband, Timothy Watkins, who remains supportive of her and describes the positive

role she has played as a stepmother to his daughter.

Ms. Watkins entered an early guilty plea to an information charging her with theft of

government property.  She immediately accepted responsibility for her wrongdoing.  She has also

committed to making full restitution, and to that end, intends to use a significant portion of her

Thrift Savings Plan and payment for accrued annual leave to satisfy her restitution obligation.

The parties agree that Ms.Watkins is in a sentencing range that allows for probation, and that

such would be an appropriate sentence in this case. Although this is a serious offense, it is a non-

violent offense by a first-time offender, who as a result of the conviction has suffered severe

consequences.  She is now a convicted felon, has lost a good government job with good benefits,

and must deal with all of the other collateral consequences.  A probationary sentence for her is

not a minor event.  See http://www.whitehouse.gov/news/releases/2007/07/20070702-3.html,

Statement of President George W. Bush, accompanying Proclamation 8159, Grant of Executive

Clemency, 72 FR 37095 (July 2, 2007) (Probationary sentence is indeed a harsh sentence where

(1) the defendant is a first time offender; (2) the defendant has lost his job; (3) the reputation the

defendant gained through years of professional work is forever damaged; (4) the defendant's wife

and young children have suffered immensely; and (5) the consequences of the felony conviction

on the defendant's former life will be long-lasting.)  Here, the parties agree that a sentence of

probation, which is within the guideline range, is sufficient but not greater than necessary to

effect the purposes of sentencing.  Although Ms. Watkins is currently unemployed, she is seeking

employment.  Because Ms. Watkins is unable to pay a fine and has significant restitution to pay,

we suggest community service would be an appropriate substitute for a fine.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____"/s/"_____
MICHELLE PETERSON
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500 ext. 125

My wife is special person who made a terrible mistake. I feel like it's my fault had I been more of a man who was taking of our household she would not have been pushed to act of crime. We've been married for 11 years and she's the reason I'm the person I have become. I have a daughter who is 19 years old and sophomore at Virginia State University. She's been an honor student for both years and my wife was instrumental in her development over the years. My daughter came to live with us when she was 8. Angie embraced my daughter as her own and made us a family. My daughter is a wonderful, caring, thoughtful, honest person all because of my wife's love and guidance. Everything she been going through and everything she lost we still are Angie's first priority. I love her with everything in my heart.

*Timothy V. Watkins*