HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>CR-07-174-01</u> | NOV 1 5 2007 |
| | : | |
| vs. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WATKINS, Angela | : Disclosure Date: <u>October 11, 2007</u> | |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)

[X] There are no material/factual inaccuracies therein.

(  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     ___10/19/07___
Prosecuting Attorney                 Date

#### For the Defendant
(CHECK APPROPRIATE BOX)

(  ) There are no material/factual inaccuracies therein.

(  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant        Date                Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 25, 2007</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer